1  MIMI M. LEE, State Bar No. 155803
   SCOTT S. SHEPARDSON, State Bar No. 197446
2  THELEN REID BROWN RAYSMAN & STEINER LLP
   101 Second Street, Suite 1800
3  San Francisco, California 94105
   Telephone: (415) 371-1200
4  Facsimile: (415) 371-1211

5  Attorneys for Defendant
   Shaw Environmental, Inc., sued incorrectly herein as
6  The Shaw Group, Inc.

7

8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

12 VERSAILLES DEVELOPMENT CO., LLC,            Case No.: 06-5872 CW
   formerly known as CRYSTAL SPRINGS
   INVESTORS, LLC,
13
                                               **NOTICE OF SUBSTITUTION OF
           Plaintiff,                          COUNSEL FOR DEFENDANT SHAW
14
                                               ENVIRONMENTAL, INC., SUED
15     vs.                                     INCORRECTLY HEREIN AS THE
                                               SHAW GROUP, INC.**
16 EQUILON ENTERPRISES LLC, dba SHELL
   OIL PRODUCTS US; THE SHAW GROUP,
   INC. and DOES 1 through 50, inclusive;,
17
           Defendants.
18

19

20     TO THE CLERK OF THE COURT AND ALL PARTIES AND COUNSEL OF RECORD

21 HEREIN:

22     PLEASE TAKE NOTICE that Defendant, SHAW ENVIRONMENTAL, INC., sued

23 incorrectly herein as, THE SHAW GROUP, INC., previously represented by:

24     Tom Vandenburg
       Dongell Lawrence Finney LLP
25     707 Wilshire Boulevard, 45th Floor
       Los Angeles, CA 90017
26     Telephone: (213) 943-6100
       Fax: (213) 943-6101
27

28

SF #1218207 v2                  -1-
NOTICE OF SUBSTITUTION OF COUNSEL

1  has retained THELEN REID BROWN RAYSMAN & STEINER LLP to replace its previous

2  counsel of record in this action.

3        Accordingly, from this day forward, copies of all pleadings and notices, and all other

4  communications related to this action, should no longer be directed Tom Vandenburg at Dongell

5  Lawrence Finney LLC but, instead, should be directed to counsel at the following address:

6      MIMI M. LEE
    SCOTT S. SHEPARDSON
7      THELEN REID BROWN RAYSMAN & STEINER LLP
    101 Second Street, Suite 1800
8      San Francisco, California 94105
    Telephone:  (415) 371-1200
9      Facsimile:  (415) 371-1211
    mlee@thelen.com
10     sshepardson@thelen.com

11

12 Dated:  February 13, 2007    THELEN REID BROWN RAYSMAN & STEINER LLP

13

14                       By   /s/  Scott S. Shepardson
                          Scott S. Shepardson
15                           Attorney Defendant
                          Shaw Environmental, Inc. sued incorrectly herein as
16                           The Shaw Group, Inc.

17 I consent to this subsititution:

18 Dated:  February 13, 2007    DONGELL LAWRENCE FINNEY LLP

19

20                       By   /s/  Ani Gasperian
                          Ani Gasperian
21                           Former Counsel for Defendant
                          Shaw Environmental, Inc. sued incorrectly herein as
22                           The Shaw Group, Inc.

23 Dated:  February 13, 2007    SHAW ENVIRONMENTAL, INC.

24

25                       By   /s/  James Van Horn
                          James Van Horn
26                           Attorney
                          Shaw Environmental, Inc.
27

28

IT IS SO ORDERED
*Judge Claudia Wilken*