1  JENNIFER KUENSTER, CA BAR NO. 104607
   SCOTT S. SHEPARDSON, CA BAR NO. 197446
2  THELEN REID BROWN RAYSMAN & STEINER LLP
   101 Second Street, Suite 1800
3  San Francisco, California 94105
   Telephone: (415) 371-1200
4  Facsimile: (415) 644-6519

5  Attorneys For Defendants
   EQUILON ENTERPRISES, LLC and
6  THE SHAW GROUP, INC.

7  SUNENA SABHARWAL, CA BAR NO. 148237
   SABHARWAL LAW OFFICES
8  1999 Harrison Street, Suite 2675
   Oakland, California 94612
9  Telephone: (510) 273-8777
   Facsimile: (510) 273-8788
10
   Attorneys for Plaintiff
11 VERSAILLES DEVELOPMENT CO., LLC

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| 15  VERSAILLES DEVELOPMENT CO., LLC, formerly known as CRYSTAL SPRINGS INVESTORS, LLC, | CASE NO.: 06-5872 CW |
| 16 | |
| 17             Plaintiff, | **STIPULATION TO CONTINUE THE DATE FOR DISCLOSURE OF THE IDENTITY OF EXPERT WITNESSES** |
| 18       vs. | |
| 19  EQUILON ENTERPRISES LLC, dba SHELL OIL PRODUCTS US; THE SHAW GROUP, INC. and DOES 1 through 50, inclusive, | |
| 20 | |
| 21             Defendants. | |

22

23       IT IS HEREBY STIPULATED by and between Plaintiff, VERSAILLES DEVELOPMENT
24  CO., LLC and Defendants EQUILON ENTERPRISES, LLC dba SHELL OIL PRODUCTS US
25  ("Equilon") and THE SHAW GROUP, INC. ("Shaw") through their designated counsel and
26  pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii) as follows:
27
28

SF #1330386 v1                              -1-
STIPULATION TO CONTINUE THE DATE OF EXCHANGE OF EXPERT WITNESS INFORMATION

WHEREAS:

1. The parties have conducted two mediation sessions of the above-captioned action and are presently in further settlement discussions based upon the information exchanged and the negotiations conducted during the mediation sessions; and

2. The parties in good faith believe that additional time to resolve this case could prove fruitful; and

3. The date for disclosure of identities of expert witnesses is presently September 4, 2007;

IT IS HEREBY STIPULATED between the parties that the date for the mutual disclosure of identities of expert witnesses shall be continued two weeks. The date for the disclosure of identities and reports of expert witnesses shall now be September 18, 2007.

IT IS SO STIPULATED.

Dated: August ___, 2007                     SABHARWAL LAW OFFICES


By _____
SUNENA SABHARWAL
Attorneys for Plaintiff
VERSAILLES DEVELOPMENT CO., LLC


Dated: August 31, 2007                      THELEN REID BROWN RAYSMAN & STEINER LLP


By _____
SCOTT S. SHEPARDSON
Attorneys for Defendants
EQUILON ENTERPRISES LLC AND
THE SHAW GROUP, INC.

SF #1330386 v1                                -2-
STIPULATION TO CONTINUE THE DATE OF EXCHANGE OF EXPERT WITNESS INFORMATION

WHEREAS:

1. The parties have conducted two mediation sessions of the above-captioned action and are presently in further settlement discussions based upon the information exchanged and the negotiations conducted during the mediation sessions; and

2. The parties in good faith believe that additional time to resolve this case could prove fruitful; and

3. The date for disclosure of identities of expert witnesses is presently September 4, 2007;

IT IS HEREBY STIPULATED between the parties that the date for the mutual disclosure of identities of expert witnesses shall be continued two weeks. The date for the disclosure of identities and reports of expert witnesses shall now be September 18, 2007.

IT IS SO STIPULATED.

Dated: August 30, 2007

SABHARWAL LAW OFFICES

By _____
SUNENA SABHARWAL
Attorneys for Plaintiff
VERSAILLES DEVELOPMENT CO., LLC

Dated: August __, 2007

THELEN REID BROWN RAYSMAN & STEINER LLP

By _____
SCOTT S. SHEPARDSON
Attorneys for Defendants
EQUILON ENTERPRISES LLC AND
THE SHAW GROUP, INC.



IT IS SO ORDERED
Judge Claudia Wilken
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA