1   ANTHONY J. BARRON,  CA BAR NO. 150447
    SCOTT S. SHEPARDSON,  CA BAR NO. 197446
2   THELEN REID BROWN RAYSMAN & STEINER LLP
    101 Second Street, Suite 1800
3   San Francisco, California  94105
    Telephone:  (415) 371-1200
4   Facsimile:  (415) 644-6519

5   Attorneys For Defendants
    EQUILON ENTERPRISES, LLC and
6   THE SHAW GROUP, INC.

7   SUNENA SABHARWAL, CA BAR NO. 148237
    SABHARWAL LAW OFFICES
8   1999 Harrison Street, Suite 2675
    Oakland, California  94612
9   Telephone:  (510) 273-8777
    Facsimile:  (510) 273-8788

10
    Attorneys for Plaintiff
11  VERSAILLES DEVELOPMENT CO., LLC

12                        UNITED STATES DISTRICT COURT

13                       NORTHERN DISTRICT OF CALIFORNIA

14

15  VERSAILLES DEVELOPMENT CO., LLC,      CASE NO.:  06-5872 CW
    formerly known as CRYSTAL SPRINGS       ORDER GRANTING
16  INVESTORS, LLC,
                                          **STIPULATION TO CONTINUE THE**
17                 Plaintiff,             **DATE FOR DISCLOSURE OF THE**
                                          **IDENTITY OF EXPERT WITNESSES**
18        vs.

19  EQUILON ENTERPRISES LLC, dba SHELL
    OIL PRODUCTS US; THE SHAW GROUP,
20  INC. and DOES 1 through 50, inclusive,

21                 Defendants.

22

23       IT IS HEREBY STIPULATED by and between Plaintiff, VERSAILLES DEVELOPMENT

24  CO., LLC and Defendants EQUILON ENTERPRISES, LLC dba SHELL OIL PRODUCTS US

25  ("Equilon") and THE SHAW GROUP, INC. ("Shaw") through their designated counsel and

26  pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii) as follows:

27

28

SF #1349751 v1                          -1-
STIPULATION TO CONTINUE THE DATE OF EXCHANGE OF EXPERT WITNESS INFORMATION

1    WHEREAS:

2    1.    The parties delayed the commencement of discovery until after the parties

3  commenced and completed the mediation of this action; and

4    2.    The parties in good faith believe that additional time to complete discovery is

5  necessary before each party's expert witnesses will have sufficient information with which to

6  prepare reports in compliance with Federal Rules of Civil Procedure Rule 26(a)(2)(B).

7    IT IS HEREBY STIPULATED between the parties that the date for the mutual disclosure

8  of identities of expert witnesses shall be continued to November 15, 2007, which is 60 days prior

9  to the trial date in this action.

10    IT IS SO STIPULATED.

11  Dated:  October 15, 2007                  SABHARWAL LAW OFFICES

12

13                     By      /s/ Sunena Sabharwal

14                          SUNENA SABHARWAL
                          Attorneys for Plaintiff

15                          VERSAILLES DEVELOPMENT CO., LLC

16

17  Dated:  October 15,  2007          THELEN REID BROWN RAYSMAN & STEINER LLP

18

19                     By      /s/  Scott S. Shepardson

20                          SCOTT S. SHEPARDSON
                          Attorneys for Defendants

21                          EQUILON ENTERPRISES LLC AND
                          THE SHAW GROUP, INC.

22

23

24    IT IS SO ORDERED.

25  Dated:  October _25_, 2007

26                        CLAUDIA WILKEN
                        United States District Judge

27

28

STIPULATION TO CONTINUE THE DATE OF EXCHANGE OF EXPERT WITNESS INFORMATION